## IN RE Cheryl N.R.

## No. 04–17–00015–CV

Court of Appeals of Texas, San Antonio.

Filed January 18, 2017

Alana Pearsall, Pearsall Law Firm PLLC, 11107 Wurzbach Rd., Suite 602, San Antonio, TX 78230-2570, for Appellant

Cynthia A. Maldonado, Bexar County Criminal District Attorney, 300 Dolorosa, 5th Floor, San Antonio, TX 78205, for Appellee

Sitting: Sandee Bryan Marion, Chief Justice Marialyn Barnard, Justice Luz Elena D. Chapa, Justice

## MEMORANDUM OPINION

PER CURIAM

On January 10, 2017, Relator filed a petition for writ of mandamus. The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of man-

damus is denied. *See* Tex. R. App. P. 52.8(a).